WALTERS et al. v. WESTERN & A. R. CO. et al.

McLENDON v. STAHLMAN.

(Circuit Court of Appeals, Fifth Circuit. May 5, 1896.)

No. 457.

Appeal from the Circuit Court of the United States for the Northern District of Georgia.

This was a suit by William T. Walters and others against the Western & Atlantic Railroad Company and others. J. S. McLendon filed an intervening petition, asking the allowance of a claim against the assets of the corporation, which petition was referred to a special master. On the coming in of the master's report, an order was taken directing the payment of $80 to McLendon. 69 Fed. 679. From this order he appeals.

W. L. Albert and John L. Hopkins, for appellants.
J. Carroll Payne, for appellees.

Before PARDEE and McCORMICK, Circuit Judges, and SPEER, District Judge.

PER CURIAM. The judge of the circuit court gave elaborate reasons for his decree. Without affirming his reasons in toto, we are satisfied that the decree appealed from is correct, on the ground that, at the date of the garnishment of the Western & Atlantic Railroad Company on the judgment against Perino Brown, the said railroad company is not shown to have been indebted to said Brown beyond the sum of $80, which sum, by the decree, is awarded to the intervener. Decree affirmed.

---

THE ICE KING.

In re KNICKERBOCKER STEAM TOWAGE CO.

(Circuit Court of Appeals, Second Circuit. April 7, 1896.)

No. 137.

Appeal from the District Court of the United States for the Southern District of New York.

This was a libel by James McCaldin and Joseph McCaldin against the steam tug Ice King to recover damages suffered by the steam tug McCaldin Brothers in a collision between the two boats. The Knickerbocker Steam Towage Company, as owner of the Ice King, filed a petition for limitation of liability. Limitation allowed, and decree for libelant for one-half the damages. 52 Fed. 894. The claimant of the Ice King appealed from so much of the decree as adjudged the Ice King at fault in the collision. The owners of the McCaldin Brothers also appealed.

McCarthy & Berier, for petitioner appellant.
Carpenter & Park, for appellants James and Joseph McCaldin.
Chas. M. Stafford, for appellees.

Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

Decree affirmed on opinion of district judge, without costs.